# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No. **24 Mag. 2721**　　　　　　　　　　　Date **2/28/2025**

USAO No. **2021R00685**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　☐ Removal Proceedings in

United States v. **Nader Al-Naji**

The Complaint/Rule 40 Affidavit was filed on **July 26, 2024**

✓ U.S. Marshals please withdraw warrant

SARAH MORTAZAVI  
*Digitally signed by SARAH MORTAZAVI*  
*Date: 2025.02.27 15:15:52 -05'00'*

ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

Sarah Mortazavi  
(print name if signature handwritten)

**SO ORDERED:**

DATE: **February 28, 2025**

*[signature]*  
UNITED STATES MAGISTRATE JUDGE